IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID PAUL WOLF, (TDCJ-CID #468145) | § § § |
| Plaintiff, | § § |
| vs. | § CIVIL ACTION H-11-3492 |
| S. HARRINGTON, et al., | § § § |
| Defendants. | § |

**MEMORANDUM AND OPINION**

The plaintiff has not responded to this court's order entered on May 15, 2012, which required him to submit, by June 27, 2012, a more definite statement of the facts on which his complaint is based. (Docket Entry No. 17). The court's order stated that "[f]ailure to comply as directed may result in the dismissal of this action." The plaintiff's failure to comply with the court order shows that he lacks due diligence. Dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. MOORE ET AL., MOORE'S FEDERAL PRACTICE § 41.51(3)(b) & (e) (3d ed. 2010). On a proper showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b). *See Link*, 370 U.S. at 635. This action is dismissed, without prejudice, for want of prosecution.

SIGNED on July 6, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge